143 A.3d 889

**DUFFIELD HOUSE ASSOC., Respondent**

v.

**Bonita ASHLEY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 3, 2016.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of August 2016, the Emergency Application for Stay is **DENIED.**